# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD IDEN,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:14-cv-00168-RCJ-WGC

**ORDER**

Mail to petitioner has been returned (#6) with the notation that petitioner is no longer in custody at Ely State Prison. Petitioner has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

Dated:   October 7, 2014

                              ROBERT C. JONES
                              United States District Judge